## ATTACHMENT A

*Property to be searched*

The property to be searched is TONY'S DELI MART, 605 11TH STREET NW, ROANOKE, VA 24017. A photograph of the PREMISES follows:

