## ATTACHMENT B

*Property to be seized*

1. Any computer, DVR, hard drive, or other storage medium associated with, or connected to, any video security or video surveillance system located on the PREMISES, containing video footage from July 6, 2020 through July 14, 2020, whose seizure is otherwise authorized by this warrant, and that contains evidence of the identity of the perpetrator who is alleged to have committed an assault and battery upon a postal employee on July 14, 2020, at the Melrose Post Office.