CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
07/30/2020
JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 7:20mj95 | Date and time warrant executed: 7/23/2020 @ 2:45pm | Copy of warrant and inventory left with: Tony's Deli Mart |

Inventory made in the presence of:
Postal Inspector Sean P. McCafferty

Inventory of the property taken and name(s) of any person(s) seized:

Digital Media file

*Received in Chambers*
By Reliable Electronic Means
July 30, 2020
*Hon. Robert S. Ballou*
*United States Magistrate*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/30/2020

Melissa J. McAlister
*Executing officer's signature*

Melissa J. McAlister, U.S. Postal Inspector
*Printed name and title*